**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SMILEDIRECTCLUB, INC., *et al.*,[1] | ) Case No. 23-90786 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 16, 61, 296** |

**DELAYED DRAW NOTICE AND NOTICE OF T-2 HEARING**

On September 29, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas.

On October 30, 2023, the Debtors filed the *Joint Chapter 11 Plan of SmileDirectClub, Inc. and Its Debtor Affiliates* [Docket No. 199] (as may be amended, supplemented, or modified from time to time, the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of SmileDirectClub, Inc. and Its Debtor Affiliates* [Docket No. 200] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement").

On November 7, 2023, the Court entered the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, and (IV) Modifying the Automatic Stay* [Docket No. 296] (the "Final DIP Order").

As of the deadline to obtain a Successful Bid[2] (the "Bid Deadline"), the Debtors had not received an actionable proposal for a going concern transaction.

Following expiration of the Bid Deadline, the DIP Lenders submitted a proposal for a going concern transaction pursuant to which the DIP Lenders will fund (a) the Delayed Draw T-2 Loans following entry of the T-2 Order and (b) up to $25,000,000 on the effective date of the Plan that provides for the issuance of 100% of the New Common Stock to the DIP Lenders in full and final satisfaction of any claims on account of the DIP Facility (collectively, the "DIP Lender Proposal").

The DIP Lender Proposal is subject to the Debtors (a) reaching an agreement with the Committee and HPS regarding the terms of an acceptable Plan, and (b) obtaining an acceptable

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1530 Antioch Pike, Antioch, Tennessee 37013.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Final DIP Order or the Plan, as applicable.

amendment to the Forbearance Agreement from HPS (the "Forbearance Agreement Amendment").

The Debtors are in the process of negotiating the terms of an acceptable Plan with the Committee and HPS and the Forbearance Agreement Amendments with HPS. In advance of the T-2 Hearing, the Debtors anticipate filing amended versions of the Plan and the Disclosure Statement, the Forbearance Agreement Amendment, and the T-2 Order to reflect the terms of the DIP Lender Proposal.

**In accordance with the Final DIP Order, the Debtors hereby provide notice of satisfaction or waiver of the Delayed Draw Condition, subject to the Debtors (a) reaching an agreement with the Committee and HPS regarding the terms of an acceptable Plan, and (b) obtaining an acceptable amendment to the Forbearance Agreement from HPS.**

The T-2 Hearing to consider approval of the T-2 Order has been scheduled for **December 8, 2023, at 2:00 p.m. (prevailing Central Time)** before Judge Lopez.

The Final DIP Order provides that objections or responses from the Committee or Align Technology, Inc. to entry of the T-2 Order must be filed on or before **December 6, 2023**.

Participants may appear in person or through video conference. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (**832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage through the Southern District of Texas website. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Copies of and all other documents filed with the Court, are available free of charge on the Debtor's case information website, located at https://restructuring.ra.kroll.com/smiledirectclub/Home-DocketInfo.

Houston, Texas
Dated:  December 4, 2023

/s/   *Rebecca Blake Chaikin*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Rebecca Blake Chaikin (TX Bar No. 24133055)
Genevieve M. Graham (TX Bar No. 24085340)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:       (713) 752-4200
Facsimile:       (713) 752-4221
Email:            rchaikin@jw.com
                  ggraham@jw.com
                  emeraia@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:            joshua.sussberg@kirkland.com

-and-

Spencer A. Winters (admitted *pro hac vice*)
Rachael M. Bentley (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:            spencer.winters@kirkland.com
                  rachael.bentley@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on December 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Rebecca Blake Chaikin*
Rebecca Blake Chaikin