**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) (Previously Chapter 11) |
| | ) |
| SMILEDIRECTCLUB, INC., *et al* | ) Case No. 23-90786 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER BETWEEN KIBROM ARAYA, JAYIANA
EPHRIAM, YAKAIRA CRUZ, LARANDALL SCROGGINS, LAROY HINTON, KATIE
KIVINSKI, BRITTNI POISSON, LUIS SANCHEZ, CHRISTIE CHAUSSEE, YAMIL
BAUTISTA, JOHN MANNO, JERRY HUNDLEY AND THE SMILEDIRECTCLUB LLC
ARBITRATION CLAIMANTS, AND ALLISON D. BYMAN, IN HER CAPACITY AS
THE CHAPTER 7 TRUSTEE OF THE JOINTLY ADMINISTERED BANKRUPTCY
ESTATES OF SMILEDIRECTCLUB, INC. AND THE AFFILIATED DEBTORS IN THE
ABOVE-CAPTIONED CHAPTER 7 CASES, AND CLUSTER HOLDCO LLC, IN ITS
CAPACITY AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT, AND
CERTAIN LENDERS AFFILIATED WITH THE FOUNDERS OF THE DEBTORS IN
THE ABOVE-CAPTIONED CASES, FOR LIMITED RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO LIQUIDATE THEIR
CLAIMS AS TO AVAILABLE INSURANCE OF THE DEBTORS, AND TO CONFIRM
NO AUTOMATIC STAY APPLIES TO NON-DEBTOR RESPONDENTS**

WHEREAS, the "SmileDirectClub LLC Arbitration Claimants," also referred to herein as

the "Claimants" or "Consumer Arbitration Claimants"[1] allegedly purchased and used teeth-

straightening products from the Debtors[2] (referred to herein as "SmileDirectClub," "SDC," or the

---

[1] A complete list of the 1476 individual Claimants underlying these "Consumer Arbitrations" is attached hereto as Exhibit A (these include the "Consumer Arbitration Bellwether Claimants"). Historically, pursuant to the Debtors' terms of use, all disputes between consumers and the Debtors were required to be arbitrated before the American Arbitration Association (the "AAA"), in lieu of court. Each of the individual Claimants has already filed a Proof of Claim in this bankruptcy.

[2] A complete list of each of the Debtors in these Chapter 7 (previously Chapter 11) cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SmileDirectClub.

"Debtors"), and have allegedly (a) suffered harm to their teeth, jaw, or mouth and/or (b) have reported material dissatisfaction with the product, including misaligned teeth, overbite issues and/or no teeth correction as promised.   Thus, in connection with the purchase and use of SmileDirectClub aligners, Claimants claim, *inter alia*, fraud, personal injury, battery, breach of contract, false advertising and/or breach of warranty. Claimants seek damages in connection with the SmileDirectClub product, including: (a) refund for the cost of the aligners and other services; (b) compensation for any dental and orthodontic fees incurred or to be incurred as a result of the aligners; and/or (c) compensation (including punitive damages) for teeth misalignment, mouth, teeth and/or jaw damage, and/or pain and suffering caused by the aligners.

WHEREAS, accordingly, the Consumer Arbitration Claimants allege that the Debtors are liable for, *inter alia*, fraud, battery, personal injury, breach of contract, false advertising, and/or breach of warranty.  The Consumer Arbitration Claimants seek damages in connection with the SmileDirect product, including: (a) refund for the cost of the aligners and other services; (b) compensation for any dental and orthodontic fees incurred or to be incurred as a result of the aligners; and/or (c) compensation (including punitive damages) for teeth misalignment, mouth, teeth and/or jaw damage, and/or pain and suffering caused by the aligners.

WHEREAS, prior to the bankruptcy filing, the parties to the Consumer Arbitrations had agreed to a "Process Arbitrator" in accordance with AAA rules related to multiple case filings and with the Process Arbitrator's assistance selected twelve (12) bellwether cases for hearings to occur in 2024. The parties were in the process of taking several dozen depositions of the Consumer Arbitration Bellwether Claimants, senior executives and SmileDirect's founders, as well as certain of the treating dentists and orthodontists within the SmileDirect organization (the "ELPs") and

certain of the Consumer Arbitration Bellwether Claimants' regular dental providers.   That schedule, however, was temporarily put on hold by agreement of the parties (entered into after the Debtors' bankruptcy filing).   The parties submitted a revised schedule to the Process Arbitrator that included a temporary tolling agreement as to certain parties and contemplates the possibility of the Consumer Arbitration Claimants asserting additional claims against SDC's Chief Clinical Officer, Jeffrey Sulitzer, and certain of the ELPs.   The Consumer Arbitration Claimants had also filed amended arbitration demands adding SmileDirect's founders, Jordan Katzman and Alexander Fenkell, as respondents in each of the Consumer Arbitrations.   At the request of the parties, the Process Arbitrator has now scheduled a teleconference for April 15, 2024, and SDC has proposed a schedule that would allow the Bellwether arbitration hearings to begin in the Fall of 2024 (based on a schedule that, *inter alia*, includes finishing merits and expert discovery).

WHEREAS, when the Consumer Arbitrations re-start, the parties will resume discovery and depositions related to the twelve bellwether cases, as well as to potential legal and/or factual issues, if any, that might be resolved on a global basis.   Once the bellwether hearings have been completed, the parties will use the results to evaluate with the Process Arbitrator the path forward for the remaining 1,400-plus Consumer Arbitration Claimants.

WHEREAS, the Debtors maintain certain insurance policies that apply to the arbitrations (*e.g.*, medical and professional liability policies, as well as other insurance policies).   Certain of these insurance policies were produced to Claimants in the Arbitrations.

WHEREAS, Claimants, Allison D. Byman, in her capacity as the Chapter 7 Trustee (the "Trustee") of the jointly administered bankruptcy estates of SmileDirectClub, Inc. and the affiliated Debtors in the above-captioned chapter 7 cases, and Cluster Holdco LLC, in its capacity as administrative agent and collateral agent (the "DIP Agent"), and certain lenders affiliated with

the founder of the Debtors in the above-captioned cases (the "DIP Lenders), by and through their respective undersigned counsel, have agreed to Claimants' request for limited relief from the automatic stay, to resume and pursue their arbitrations before the AAA against Debtors to recover from available insurance. Among other things, in light of the Process Arbitrator's familiarity with the applicable facts and law, it will be more efficient for the AAA to resolve the remaining issues in the Arbitrations.

WHEREAS, Claimants, the Trustee, the DIP Agent and the DIP Lenders, have also agreed to Claimants' request to confirm that their claims against non-debtor parties, are not impacted by the automatic stay and that the arbitrations may proceed against any party that has not filed for bankruptcy (including additional non-debtor parties Claimants may be adding to the Consumer Arbitrations).  The claims as alleged could, if proved, exceed the available insurance of the non-debtors.  Notwithstanding the foregoing, no party waives any rights or defenses by entering into this Stipulation, including but not limited to any limitation, or lack thereof, as to liability or damages.

NOW THEREFORE, IT IS AGREED BETWEEN CLAIMANTS, THE TRUSTEE, THE DIP AGENT AND THE DIP LENDERS, THAT:

Kibrom Araya, Jayiana Ephriam, Yakaira Cruz, Larandall Scroggins, Laroy Hinton, Katie Kivinski, Brittni Poisson, Luis Sanchez, Christie Chaussee, Yamil Bautista, John Manno, Jerry Hundley and the SmileDirectClub LLC Arbitration Claimants are granted limited relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to liquidate their claims in the Consumer Arbitrations against Debtors as to available insurance and hereby confirm that no automatic stay applies to non-debtor parties in the Consumer Arbitrations.

Dated: April 11, 2024.

**MORGAN & MORGAN, P.A.**

*/s/ U. Seth Ottensoser*
20 North Orange Ave., Suite 1600
Orlando, Florida 32801
Telephone: (516) 782-3817
sottensoser@forthepeople.com

-and-

*/s/ Kristopher Bonham*
1700 Palm Beach Lakes Blvd, Ste 500
West Palm Beach, Florida 33401
Telephone: (561) 812-1547
KBonham@forthepeople.com

*/s/ Amir A. Isaiah*
20 North Orange Ave., Ste 1600
Orlando, Florida 32801
Telephone: (305) 929-1920
Isaiah@forthepeople.com

*Counsel for Claimants*


**DLA PIPER LLP (US)**

James Muenker, Esq.
(Texas Bar No. 24002659)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: james.muenker@us.dlapiper.com

-and-

Rachel Ehrlich Albanese, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

-and-

*/s/Ben Winger*
Ben Winger (admitted pro hac vice)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Benjamin.winger@us.dlapiper.com

*Counsel to the DIP Agent and the DIP Lenders*.

**BENESCH FRIEDLANDER, COPLAN &
ARANOFF, LLP**

*/s/David A. Rammelt*
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4958
Facsimile: (312) 767-9192
drammelt@beneschlaw.com

*Counsel to the DIP Lenders*

**PORTER HEDGES LLP**

*/s/Aaron J. Power*
Aaron J. Power, Esq.
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6295 (fax)
apower@porterhedges.com

*Counsel for the Chapter 7 Trustee*

SO ORDERED: _____

                                           _____
                                           CHRISTOPHER LOPEZ
                                           UNITED STATES BANKRUPTCY JUDGE

## **Certificate of Service**

        I certify that on April 11, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Kristopher Bonham* _____
                                           Kristopher Bonham

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | (Previously Chapter 11) |
|  | ) |  |
| SMILEDIRECTCLUB, INC., *et al* | ) | Case No. 23-90786 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**KIBROM ARAYA JAYIANA EPHRIAM, YAKAIRA CRUZ, LARANDALL
SCROGGINS, LAROY HINTON, KATIE KIVINSKI, BRITTNI POISSON, LUIS
SANCHEZ, CHRISTIE CHAUSSEE, YAMIL BAUTISTA, JOHN MANNO, JERRY
HUNDLEY AND THE SMILEDIRECTCLUB LLC ARBITRATION CLAIMANTS'
EXHIBIT "A"**

Aarom Cattoir
Aaron Ellis
Aaron Petty
Abbas Jamali
Abdullah Muzeyen
Abigail Groezinger
Abraham Ashton
Ada Barrera
Ada Fox
Adam Ehab
Adam Fractenberg
Adam Morelli
Adam Pozorski
Addison Houston
Adelaide Albuquerque
Adjoa Pokuaa
Adrian Munoz Gandulla
Adrian Valdez
Adriana Allen
Ahmad Khogyani
Ahmad Waller
Aiden (fka Vadim) Linnankivi
Aidianne Howell
Aimee Portes
Aisha Mahmud
Alex Gale
Alex John Passarella
Alex Paultre

Alexa Brown
Alexander DeLeon
Alexander Lloyd
Alexandra Dins Merkel
Alexandra Figueroa
Alexandra Fleming
Alexandra Sides
Alexandra Simmons
Alexandre D'Amato
Alexandria Henderson
Alexandria Stripling
Alexis Benoist
Alexis McFarland
Alexis White
Alexsa Dobbs
Ali Lopez
Ali Shah
Alia Junkersfeld
Alicia Brown
Alicia Mccullough
Alicia Saringer
Alisia Parra
Alison Lyons
Allan Duvan-Nyberg
Allen Chapman
Allison Moreno
Allisson Higuera
Allyson Strutzel
Alma Torres
Alyssa Dugger
Alyssa Fearon
Alyssa Trim
Alyssa Zuniga
Alyzaniniah Medina Beza
Amadou Diallo
Amanda Alkhatib
Amanda Coley
Amanda Curtis
Amanda Davis
Amanda Gonzales
Amanda Hiller
Amanda Robinson
Amanda Schmitz
Amara Schrager
Amber Geathers
Amber Hamilton

Amber Mascioli
Amber Prince
Amberia Austin
Amiyah Hill
Ammaray Hernandez
Amouris Coss
Amy Fernandez
Amy Han
Amy Jackson
Amy McCracken
Ana Araguas
Ana Leopoldino
Ana Truman
Anakin Gulde
Anastasia Vigil
Andre Johnson
Andrea Lora
Andrea Mines
Andres Pelaez
Andrew Flaig
Andrew Michael
Andrew Philbert
Angela Ables
Angela Anderson
Angela Freeman
Angela Gonzalez
Angela Williams
Angelia Hoffmeister
Angelica Artiles
Angelica Naranjo
Angelica Vega
Angelos Deltsidis
Angie Jerez
Anika Williams
Anita Held
Anita Herrera
Anitra Nottingham
Ann Marion
Anna Kummer
Anne Hopkins
Anne Lynch
Anne-Emilie Laforest
Anntonett Hicks
Anthony Codinach
Anthony Devola
Anthony Forte

Anthony Graziano
Anthony Maywright
Anthony Mollica
Anthony Webster
Antisha Williams
Antonieta Bendana
Antonisha Spence
Antony Gainer
Anuraag Kalra
Arber Lukovic
Ari Ronner
Arianna Miller
Ariel Justice
Ariel Tenenbaum
Armando Martínez
Arriana Medina
Ashlei Shaw
Ashley Adkins
Ashley Agee
Ashley Alvarez
Ashley Ballard
Ashley Fernandez
Ashley Forrest
Ashley Haardt
Ashley Herrera
Ashley Kaeser
Ashley Kersten
Ashley Lizardi
Ashley Nelson
Ashley Sanchez
Ashley White
Ashley Young
Ashlin Ardito
Ashlyn Holland
Asia Abdullah
Asmita Kulkarni
Aubree Petersen
Aubrey Horita
Audrey Wilson
Aundray Gibson
Austin Randall
Autumn Fritz
Autumn Hickson-Weekes
Avery Kingstad
Avree Rubinstein
Barbara Mysza

Barbett Wintersteen
Barry Smith
Bartley Scarbro
Bebe Enkhee
Belmin Boracic
Ben Tocker
Benjamin Kremer
Bernard Carter
Beth Kramer
Bianca Lewis
Bianca Ramos
Blade Stevens
Blake Anderson
Blanca Arriola
Bora Thoum
Bradley Sellers
Brandon Bagley
Brandon Ceballos
Brandon Robinson
Brandy Shinn
Braylynn Prinz
Brea Stinson
Bree Fulton
Bree Smith
Bree Viscia
Breeanna Birdwell
Brenda Leal
Brenda Marron
Brenda Sierra
Brian Boyer
Brian Carpenter
Brian Lewis
Brian Meredith
Brian Morgan
Brianna Bentley
Brice Metzger
Bridgette Miles
Brima Sillah
Brison Burris
Britni Fisher
Brittany Franklin
Brittany Green
Brittany Miller
Brittany Webb
Brittney Blue
Brittney Gearheard

Brittney Ochoa
Brittney Robertson
Brittni Poisson
Brooke Bachman
Brooke Christofides
Bryan Amaya
Bryan Lora
Bryan Patton
Bryan Pinzon
Bryan Vantell
Bryant Fidele
Bryant Knowlton
Bryce Kawaguchi
Byoung Lee
Caitlin Fenley
Caitlin McBee
Caleb Davis
Caleb Perez
Calvin Cruz-Contreras
Cameo Prusheik
Camille Chossis
Camille-Marie Gourdet
Camilo Arias Guisao
Camron Cloer
Candice Visser
Candiss Dominick
Cara Cantori Stewart
Carisa Kochampanasken
Carla Paige
Carlos Edgar Cruz
Carlos Herrera
Carlyne Torres
Carmine Palazzolo
Carol Harris
Carole Young
Caroline Nishimura
Carra Martin
Carrie Hadden
Cassidy Garvey
Catherine Jenkins
Cathylynn Metcalf
Cecilia Peteuil
Ceinna Knoth
Chaka Price
Chang Lee
Chantal LaMay

Chante Evans
Charles Johnson
Charles Meeks
Charmaine Coleman
Chase White
Chayla Jordan
Chelsea Pate
Chelsea Poirier
Chelsea Tessier
Chelsee Husk
Chelsee Strojny
Cher Brimeyer
Chesney Curry
Chevelle Brydson
Cheyenne Hunter King
Chitiequa Trimble
Chris Hunter
Chris Palumbo
Chris Serrano
Chris Volano
Christa Guzewski
Christanthia Weaver
Christian Castro
Christian Gonzalez
Christian Zani
Christie Chaussee
Christina Connelly-Kanmaz
Christina Crotty
Christina Gipson
Christina Reid
Christina Reyes
Christina Stevenson
Christina Villafana
Christine Hernandez
Christine Hill
Christine Stuckey
Christobel Garcia
Christopher Morales
Christopher Rodriguez
Christopher Roemer
Christopher Snyder
Christopher Stevens
Christopher Wing
Christopher Young
Christy Atkinson
Christy Ellis

Christy Shaffer
Christy Thomas
Chuen Tak Tam
Ciara Peterson
Ciera Craig
Cihangir Duman
Clint Dowdy
Clinton Eaves
Clinton P. Odom
colbee Johnson
Colby Furniss
Connor Kirkpatrick
Constance Bucci
Corey Hawkins
Corey Rockett
Corie Moran
Corinne Rice
Courtney Creech
Courtney Ribas
Coy Smith
Cristina Garcia
Crystal Whiteside
Curtis Wilson
Cynthia Jareo
Dakota Bishop
Dakota White
Dallas Price
Damien Michael Stinson
Damita Wright
Dana Weber
Dana Wilhite
Dana Wimberly
Dania Allen
Dania La Rosa
Danica Stevenson
Daniel Daza
Daniel Herrera
Daniel Lu
Daniel Maquindang
Daniel Martinez
Daniel Paez
Daniel Peterson
Daniel Taveras
Daniel Tompkins
Daniel Wade
Daniel Wellington

Daniel Yaghoobian
Daniela Marina Hernandez
Daniela Morgan
Danielle Amorello
Danielle Auns Cannon
Danielle Bartlett
Danielle Dupree
Danielle Hawkins
Danielle Lambert
Danielle Spencer
Danny Lam
Daphne Elliott
Daphney Revolus
Daralyn Graziosi
Dario Toti (Minor)
Darrayl Miles
Darryon Pearson
David Harbison
David Markle
David Ramirez
Davindranauth Seunarine
Deana Nash
Deanna Hutcherson
Deanna Stroud
Deanna Wallace
Debbie Montero
Deborah Dooley
Deborah Kendall
Decorkus Allen
Dekeishia Porter
Delila Reed
Delilah Sanchez
Delmira Miller
Delvonta Faison
Deneen McDonald
Denisses Cortorreal
Dennine Williams
Derrick Dudgeon
DeShaun Hickerson
Desiree Anthony
Devonte Roberts
Diamond Branch
Diana Archer
Diana Vierday
Dianna Marshall
Dilmen DeHaven

Dimitri Martinez
Dominique Thomas
Domonique Elizabeth Viola Barlow
Don Velazquez
Donald Atley, Sr.
Donald Porter
Donna Frawley
Donovan Parsons
Dontay Camille Bowman
Donte Bogle
Dorothy Range
Dortell Johnson
Dukel Farquharson
Dylan Coleman
Dylan D?Orazio
Dylan Lane
Dylan Love
Dystany Sadler
Earnest Mennefield
Ebony Solis
Eden Shapiro
Edjie Joseph
Edna Daniel
Eduardo Gutierrez
Edward Lee
Edwardo Pedregon
Edwin Burgos
Eileen Tardiff
Ekeoma Nwakanma
Elaine Yeung
Elias Colorez
Elijah Hakeem Hastings
Elijah Isaac
Eliran Bayin
Elizabeth Aguilar
Elizabeth Eachus
Elizabeth Guzman
Elizabeth Huerta
Elizabeth Nielson
Elizabeth Sims
Ellen Barbosa Geyer
Elleshia Newkirk
Ellie Czegeny
Elliott Storms
Eloise Rossiter
Emeline Ward

Emilee Murphy
Emily Casey
Emily DelValle
Emily Drury
Emily Lane
Emily Salgado
Emily Smith
Emily Stuebs
Emiro Olivares
Emma Barlow
Emmanuel Cudjoe
Enrique Robinson
Eric James
Eric Klouda
Eric Moore
Eric Rivera
Erica Alejandro
Erick Cameron
Ericka Heligman
Erik Dorf
Erika Hesy
Erika Sayer
Erin Dabe
Erin Gabriel
Ernest Ranzy
Ervin Penate
Esmeralda Vigay
Esther Fitzgerald
Ethan Irwin
Eugene Margoulis
Eunice Crousset
Eva Hidalgo
Evan A Phillips
Evan Barron
Evan Flores
Evan Howell
Eve Litvak
Fallon White
Fernanda Salcido
Fiorella Reategui
Florence Holder
Frances Genevieve Alvarez
Francisco Rodriguez
Freddie Tate
Gabriella Cavallini
Gabriella Huddleston

Gabrielle Balle
Gabrielle Foster
Gabrielle Garcia
Gabrielle Horsford
Gabrielle McIntyre
Gabrielle Morse
Gamma Hammond
Garrett Foster
Gary Cvitanovich
Gemini Howard
Gerald Brady
Gerald Gamble
Gerard Lewis
Gerardo Mota Lazono
Gertrude H Sussman
Gina Nazario
Gioco Santolalla
Giovana Feliciano
Giovani Dambros
Giscard Elie
Gisella Clotter
Giuliana Bianchini
Gladimer Garcia
Gloria Jones
Golam Sikder
Grace Leider
Gregory Ionita
Gregory Patterson
Gregory Pottinger
Gregory West
Guadalupe Espinoza
Guillaume Ginther
Gulomjon Turaev
Hailey Karsner
Hailey Lestage
Haley Hancock
Halie Coberley
Hamid Malaki
Hana Nutty
Handal Pierre
Hanna Wendlandt
Hannah Austin
Hannah Eben
Hannah Kapner
Hannah Lessard
Hannah Marie Brown

Hannah Murray
Hannah Vartanian
Hannah Washington
Hanzo Smith
Hao Sun
Harream Purdie
Hasibullah Formuli
Haydee Pepe
Hayley Parson
Hayley Petkus
Heather Aughey
Heather Dunkerson
Heather Foss
Heather Gagliano
Heather Gugin
Heather Keatts
Heather Washington
Hector Leiva
Hector Vilomar
Helina Abebe
Hema Saroop
Herbert Latham
Herlot Pierre
Hilda Hynes
Hubert Fennell
Hugo Salazar
Humberto Moreno
Hunter Ostraco
Ian Alters
Ian Chaffardet
Ian Winans
Iana Melnychuk
Ileana Berrios
Imani Boyland
Imani Jarrard
India Bennette
Indira Cano
Ioan Baciu
Irem Ozekici
Irieka Morris
Iris Byers
Isabella Matlzman
Isai Zambrano
Ishmaiah Graham
Ismaeel Gakou
Ivan Dossantos Rocha

Jacinda Ott
Jackie Bates
Jackie Caballero
Jaclyn Horn
Jacob Ouellette
Jacquelene Owens
Jacquelin Miller
Jacquelyn Barry
Jaime Krause
Jaime Ortiz
Jaime Saravia
Jairo Godinez
Jakina Hayles-Hodge
Jamaine Labranche
Jamatsie Rosario
Jameasa Carter
Jamel Montgomery
James Bassin
James Battle
James Keith
James Millares
James Moore
James Scott
James Sykes
Jamie Hall
Jamie Thorpe
Jamie Vasquez
Janalynn Dauber
Janet Flohr
Janet Ocasio
Janice Quarterman
Jarell Beausivoir
Jarrett Timley
Jarvis Langston
Jarvis Willis
Jasmin Perry
Jasmine Gibson
Jasmine Israel
Jasmine Malone
Jasmine Taylor
Jasmine Williams
Jason Goldstein
Jason Han
Jason Katz
Jason Lipp
Jason Wehrer

Jassier Gonzalez-Medel
Javier Garcia
Javier Hernandez
Javier Price
Jayiana Ephriam
Jazmine Meeks
Jeannine Schaub
Jeff Orenstein
Jeffrey Hayes
Jeffry Calle
Jenifer Bonura
Jennifer Adames Toro
Jennifer DeAngelo
Jennifer Gutierrez
Jennifer Hernandez
Jennifer Idlette
Jennifer Jacobs
Jennifer Lopez
Jennifer Perez
Jennifer Ramirez
Jennifer Thompson
Jennifer Valdez
Jennifert Ahern
Jeremy Bodiford
Jermaura Wright
Jerry Blakeley
Jerry Hundley
Jesiah Brown (Minor)
Jesse Turner
Jessica Bray
Jessica Christian
Jessica De Bolt
Jessica Di Genova
Jessica Diaz
Jessica Gibson
Jessica Rodriguez
Jessica Self
Jessica Telesford
Jessica Vedra
Jessica Villanueva
Jesus Manuel Wright
Jesus Orlando Ochoa Canas
Jesus Villasenor Rivas
Jeton Hidri
Jewel Lechuga (Minor)
Jie Zhu

Jill Skordahl
Jillessa Aguilar
Jillian Kinder
Jim Sugihara
JJ Wang
Joanna Kha
Joanne Coleman
Joao Bolarinho
Jocelyn Kuan
Jodi Todd
Joel Gomez
Joey Choi
Johanna Rosario
John Cruz Kaufman
John Larmer
John Manno
John Rider
John Xifaras
Jon Good
Jonathan Torres
Joneisha Allen
Jonnie Cobos
Joon Shin
Jordan Baker
Jordan Latuszek
Jordan Myers
Jordan Smith
Jordan Springer
Jordan Staycoff
Jorge Confesor
Jose Cano
Jose Coutino
Jose Delgado
Jose Gaona
Jose Martinez
Joseph Baldwin
Joseph Cason
Joseph Fredrick
Joseph Melise
Joseph Rector
Joseph Zeigler
Josh James
Josh Strobl
Joshua Badeaux
Joshua Bentley
Joshua Byers

Joshua Cittadino
Joshua Fuqua
Joshua Greer
Joshua Mckenzie
Joshua Plotner
Josira Ortega
Joy Boyd
Joy Shatek
Juan Aguas
Juan Gabriel Mont
Juan Noguera
Juan Pozas
Juan Salcedo
Juan Suarez
Juan Valdemoros
Judith Oropeza Agredano
Judy Becerra
Jules Alcide
Julia Antonelli
Julia Mastroeni
Julia Milord
Julia Ortiz
Julian Maleki Harris
Julie A Conlon
Julie Floss
Julie Long
Julie Mickschl
Julie Wilcoxson
Julio Murga
Justin Anson
Justin Bicket
Justin Dunbar-Feener
Justin Love
Justin Rousseau
Justin Seide
Justin Song
Justin Young
Justine Huynh
Jyllian Stewart
Kacie McGarry
Kaili Evans
Kaitlyn Rajczewski
Kali Johnson
Kali Todd
Kalina Morrison
Kaloni Hooper

Kalvin Delgado
Kamisha Hancock
Kamran Hussain
Karen Bowes
Karen Rabinowitz
Karen Vaneza Mendoza
Kari Hawkey
Karim Richardson
Karina Cabezas
Karina Korcakova
Karina Wheeler
Karla Vargas
Karley Nichols
Karlo Centeno
Kashfia Haque
Kashiera Johnson
Katherine Barrera
Katherine Simpson
Kathleen Good
Kathryn Aagesen
Kathryn Hahnlein
Kathryn Kekona
Kathy Capron
Katie Andrews
Katie Kivinski
Katie Ramirez
Kay Weed
Kayla Cook
Kayla Stewart
Keion Charles
Keisha Evans
Keith Nardi
Keith Yarbrough
Kellie Lincoln
Kelly May
Kelly Piper
Kelsey Marion
Kelsey Smith
Kendra John
Kendra Richardson
Kenneth Fagut
Kenyada Bush
Keri Coppola
Kerry Cole
Kerry Sullivan
Kevin George

Kevin Mira Palacio
Khur Ganzorig
Kiana Soper
Kiara Jones
Kibrom Araya
Kimberley McNulty
Kimberly Donnelly
Kimberly Ho
Kimberly Mason
Kimberly Monroe
Kimberly Ponce
Kimberly Stealey
Kimiko Fuwa
Kindal Kincaid
Kirsten Cooperman
Kirsten Ebizie
Kirsten Pannell
Kirstin Roberts
Kirston Alfred
Kishawna Jenkins
Korey Solomon
Kourtney Evans
Krista Cousin
Krista Saunders
Kristen Park
Kristen Shell
Kristin Bodie
Kristina Branham
Kristine Equihua
Kristopher Whitteaker
Krystal Williams
Kurt Ellison
Kyan Edwards
Kyle Rivero
Kylie Merola
Kyshona Dunn
Lacaya Gethers
Lachica Mclean
Lacy Stallings
Ladarryl Bell
LaFaun Snowden
Lamar Smith
LaRandall Scroggins
LaRecia Hines
LaRoy Hinton
LaShaunda Rogers

Lashon Broughton
Lathan Staal
Lathonia Bennett
Latia Nelson
Latisha Lebron
Laura Roper
Lauren Blume
Lauren Denean Reed
Lauren Fleck
Lauren McDuffie
Lauren Piemontese
Lauren Woodard
Lea Smith
Leah Finity
Leander Perryman
Leanne Mulvey
Lee Glenn
Leisa Leininger
Leon Hill
Leslie De Paz
Lewis Adams-Dunstan
Leydi Reyes
Liam Flanagan
Ligia Barrios
Lillian Michelon
Lily Ramirez
Lily Sarfaraz
Linda Barghouti
Linda Ellis
Linda Harvey
Linda Morazan
Linda Schiller'Egles
Lindsay Dausch
Lindsay Hill
Lindsey Eckwall
Lindsey Mack
Lisa Austill
Lisa Baxandale
Lisa Patterson
Lisa Ritter
Lisa Sampson
Lisa Strange Weatherby
Lissa Joseph
Lissa May Margharos
Lissete Diaz
Lissette Lopez

Lizbeth Tena
Lizi Steller
Lora Asbury
Lori Humble
Louchen Martial
Lourdes Galeana
Luis Franco
Luis Sanchez
Luis Silva
Luke Wester
Luwanda Stephenson
Luz Garcia
Lydia Greene
Lyudmyla Nastasiychuk
Mackenzie Cameron
Macy Harris
Madeline Herring
Madeline Miller
Madeline S Giron
Magalie Lachoua
Magdala Berjuste
Mahfug Hossain
Makeda Bowen
Maleny Jennings Urbina
Malissa Ramlal
Mallory Taylor
Mara LaFear
Marc Mohon
Marchia Stephens
Marcia Younge
Marcus Divers
Marcus Roberts
Mardochee Besson
Margaret Ann Bugarin
Margaret Stewart
Maria Denisse Jimenez Malespin
Maria Fagan
Maria Hemmings
Maria Jose Gleason
Maria Mendoza
Maria Ochoa
Mariacristina Olamendi
Mariah Hollis
Marianne Welch
Maricarmen Arevalo
Marielsa Cruz

Marilinda Martinez
Marina Chaji
Marisa Demor
Marisa Hoffman
Marisol Amor
Markiee Wright
Marlene Santos
Marlys Josefsen
Marquis Harger
Marquisha Willis
Martin Metro
Maruf Qayum
Mary Hurtenbach
Mary Margaret Parco
Mary Morris
Mary Tran
Maryanne Mabery
Massiel Mota
Mathew Chapman
Matthew Davis
Matthew Goncalves
Matthew Marti
Matthew Pardon-Sabe
Matthew Prendergast
Maureen Osei
Maxwell Lee
McKenzie Beals Weber
McKenzie Fife
Meagan Acevedo
Meagan Gillespie
Meagan Moreno
Meccah Ali
Meg Ryan
Megan Kempf (Nipper)
Megan Kohrs
Megan Lamb
Megan Mallon
Megan Rottkamp
Megan Vazquez
Meghan Tartamella
Melanie Smith
Melissa Bermudez
Melissa Day
Melissa Lopez
Melissa Torres
Melissa West

Mercedes Peno
Meseret Anenia
Mia Tabone
Micah Gustafson
Michael Anthony Plunkett
Michael Beilby
Michael Belliveau
Michael Coleman
Michael DeLorenzo
Michael Doctor
Michael Egues
Michael Garcia
Michael Hachey
Michael Ifabanwo
Michael J. Stefanic
Michael Muench
Michael Renfree
Michael Smith
Michael Su
Michael Waldron
Michelle Asher
Michelle Benhoff-Stokes
Michelle Bonomo
Michelle Kroeger
Michelle Londono
Michelle Magana
Michelle Mcarthur
Michelle Miranda
Michelle Wright
Miguel Vega
Miles Dawson
Mindy Gehlhausen
Mindy Watkins
Miraida Diaz
Mirelle Mendonca
Miriam Perdomo-Aguilar
Miriam Roberts
Misaki Collins
Misty Roberson
Mitchell Higley
Mlou Guzman
Mohammed Mohammed
Monai Ward
Monica Emrani
Monica Morillo
Monica Reyes Patrick

Monique Lyttle
Muhammad Tahir
Muhammad Williams
Mukarram Ismail
Murphy Schrom
Muthu Weerasinghe
Naila Perez
Najma Abubakar
Nancy Hurd
Naomi Lutz
Nashalie Vega-King
Nashon Francis
Natalie Bouldin
Natalie Laguerre
Natan Attar
Natasha Heard
Natasha Hurst
Natasha Tavarez
Nathalie Estiverne
Nathaly Andrade
Nathan Borer
Nathan Flood
Nathan Froelich
Nathan Hersman
Nechoi Jones
Neeza Abraham
Nery Freddie Martinez
Nguyet Nguyen
Nicholas Bialis
Nicholas Corey Ross
Nicholas Fuller
Nicholas Holland
Nicholas McCarthy
Nicholas Miraglia
Nicholas Quattrociocchi
Nichole Davan
Nick Regla
Nick Valencia
Nicole Gabela
Nicole Gray
Nicole Intrieri
Nicole Mangham
Nicole Tracchia
Nicolette Devish
Nicolette Vetter
Nicolle Interlicchia

Nikki Holtman
Nikole Mejia
Nina Amoah
Nina Phan
Nisarg Gandhi
Nithin Sibichen
Niveisha Plummer
Noah Ackerman
Noah Stanley
Nomakhwezi Zondi
Nomie Bedford
Norman Robinson
Nyani Totty
Ofelia Torres
Olashade Abidoye
Olivia Nevels
Olubunkola Oyefeso
Oluwatosin Balogun
Omar Rivas
Orieji Oji
Oscar Ponce jr
Pablo Quinones
Pacheque Barber
Pamela Sauls
Parker Voellinger
Patricia Griffith
Patricia Hewett
Patricia Homola
Patricia Lopez
Patricia Pillion
Patrick Jones
Patrick Phillips
Patrick Taylor
Patrick Wang
Patti Haefele
Pattie Pastella
Paul Benjamin King
Pauline Baboyan
Pavel Komarov
Paxton Sedler
Payal Patel
Pedro Barnes
Perla Davila
Pete Brennan
Peter Danton
Peter Maziak

Philomena Block
Piedad Martinez
Pink Dajhavett Elke
Prince Graham
Priscilla Flete
Priscilla Goines
Priya Ahluwalia
Qeshawnda Haynes
Quentin Wyche
Rachel Adams
Rachel Blum
Rachel Burke
Rachel Deveronica
Rachel Jones
Rachel Martin
Rachel Matug
Rachel Reeves
Rachel Stone
Rachel Thompson
Rafael A. Nieves Velazquez
Raina House
Randall Humphries
Randi Brown
Randi Valtierra
Randilyn McCullion
Raquel Adega
Raquel Salcedo
Rashone Stafford
Raven C. Palmer
Raven Thomas
Rayford Scott
Raymond McNelly
Raymond Tribble
Raymond Verplanck
Rebecca Dean
Rebecca McMichael
Rebekah Whitehead
Redge (fka Adin) Salomon
Reena Suresh
Reese Mays
Regina Murray
Rehan Ahmed
Reine Amare
Rene Zuniga
Renee "Danielle" Carter
Renita Lawrence

Revital Zadikov
Reymundo Ramos
Ricardo Peterson
Ricardo Riveron
Richard Avallone
Richard Brock
Richard Fitzgerald
Richardson Pierre
Rick Schreib
Rickelle Luke
Ricky Joseph
Rinor Preniqi
Robert Battey
Robert Cauldwell
Robert Dunlap
Robert L. Jordon
Robert Noack
Robert Tritt
Roberta Baker
Roberto Gomez
Rochelle Brown
Rocio Ramirez
Rodrigo Wiggins
Rohia Siddiqi
Roman Robinson
Romee Gandhi
Ronda Davis (Carter)
Ronnie Rogers
Rosa Rosas
Rosalba Ortiz
RosAnna Tobin
Rose Felix
Roshelle Alvarez Ramos
Ruben Gomez
Ruby Boyer
Ruby Rodriguez
Rudy Peraza
Rumsha Khan
Russell Johnson
Ruth Roybal
Ryan Carroll
Ryan Donnelly
Ryan Evanousky
Ryan Joseph Carter
Ryan Mahoney
Ryan Rife

Ryan Santos-Leslie
Ryleigh Elizabeth Cauley
Sabrina Patino
Sabryna Saladin
Sadara Stepp
Sadie Jackson
Said Saker
Saira Khan
Sakan Fakhrulddin
Salim Bensaid
Saliym Mulrain
Sally Mamales
Salman Javeed
Salvador Ramirez
Salvatore C. Turco
Samantha Kirby
Samantha Pyburn
Samar Khan
Sammy Valerio
Samone Thornton
Sandra Aleman
Sandra Brueck
Sandra Harlow
Santiago Garcia
Santos Gonzalez
Sara Armstrong
Sarah Bellissimo
Sarah Hankins
Sarah Malpass
Sarah Matthews
Sarah Meik
Sarah Miller
Sarah Peterson
Sarah Richmond
Sarai France
Sariyah Nelson
Sarkhan Nabiyev
Sasha Olivas
Savannah Rodgers
Scott Backman
Scott Levesque
Scott Phayre
Scott Tran
Sean Corson
Sean Ogunnoiki
Seleah Fendig

Selena Keller
Seraina Bauer
Serena Leone
Serena Luboti
Serina Hopkins
Shadman Sakib
Shamika Wiles
Shana Gilbert
Shane Boneske
Shane Dickinson
Shanna B Kennedy
Shannele Poland
Shannon Beard
Shannon Dawson
Shantel Graham
Shanygne Belfor
Sharad Shukla
Sharon Bolds
Sharon Harris
Sharon Kauffman
Sharon Powell
Shawn Guy
Shawn Rumbold
Shawna Frederito
Sheena Bertolli
Sheila Chandler
Sheila F Price-Perkins
Sheira Castillo
Shekinah G Bergmann
Shelby Jeffrey
Shelby Kennedy
Sheliah Meredith
Shelley Schmidt
Shemita Polite
Sherron Parnell
Sherry Grainger
Shirelle Thomas
Shivani Patel
Shiza Seijo-Puello
Shontaya Jackson
Sierra Wilson
Simon Capron
Sloan Wright
Sofia Soto
Soha Kolia
Sohil Patel

Sophia Garcia
Sophia Raymond
Soraya Mayard
Spenser Charles
Stacee T Sonsiadek
Stacey Scott
Stacy Olson
Stefanie Jackson
Stefanie Vargas
Stephani Sinsun
Stephanie Avery
Stephanie Espinoza
Stephanie Martinez
Stephanie Navarro
Stephen Armstrong
Stephen Bridger
Stephen Murton
Steve Maldonado
Steven Caraveo
Steven Corry
Steven Morgan
Storm Dolente
Subhi Abughoush
Summer Kienitz Park
Surjith Bhagavath Singh
Susan Hinshaw
Susan Suarez
Suwimon Khamsuree
Suzie Allen
Sweeney Williams
Sydney Gant
Sydney Pitts
Sydney Schroeder
Sydney Suarez
Symore Roberts
Taleah Banks
Talin Kahvedjian
Talyah Mabon
Tameshia Jennings
Tamikia Harris
Tammy Carden
Tania Cedeno
Tania Pivawer
Tanner South
Tara Flennery
Tara Stanfield

Tarus Coleman
Tashana Carter
Tasmine Shaqueur
Tatiana Massaro
Tatyana Calhoun
Taydra Head
Tayler May Sperry
Taylor Dudzinski
Taylor Gonzalez
Taylor Zdruli
Taylor Zeisloft
Taysha Cerisier
Tazia Dukes
Terasa Hall
Teresa Harman
Teresa Sandoro
Terrance Jackson
Terray Humphrey
Terrell Barr
Terresa Collins
Tessalynn Fairburn
Tessie Bowmaker
Theresa Schatte
Thomas Hoff
Thomas Johnson
Thomas McLeod
Thomas Ryan Remo
Thomas Staines
Thomas Williams
Tianzhi Lei
Tiffany Brown
Tiffany Dunmore
Tiffany Voci
Tiffney Hopwood
Tim Dunlap
Timothy Aylward
Tina Telalyan
Todd Lightfoot
Todd Smith
Toni Hopkins-Garcia
Tonya Beaver
Tracey O'Connor
Tracy Fanara
Tracy Gosnell
Tracy-Ann Byfield
Travelle Gulley, Jr.

Travonta Magee
Troyriana Johnson
Tyana Ragler
Tyler Aracena
Tyler Chapman
Tyler Farrar
Tyler Perkins
Tyler Sargent
Tyriek Overton
Valeria Villagomez Chaires
Valerie Farias
Vanessa Florentino
Vanessa Guardo
Vanessa Jambor (Firneno)
Vanessa O'Mara
Vaquana Privott
Veronica Barrett-Munnerlyn
Veronica Blakney
Veronica Clauser
Vickdelio Garcia
Victor Colmenarez
Victor Muhammad
Victor Santos
Victoria Fuentes
Vincent Pallitto
Violia Cameron
Vishal Dave
Vyom Kushwaha
Walia Whitfield
Wardah Imran
Wayne Ricket
Wendina Pech
Wendy Murrell
Whitnee Scott
Wilfried Atonfack
William Aston
William Castillo
William Davis
William Jackson
William Reinhard
William Stokes
Wilzen Lingad
Winston Bryant
Wolfgang Sparks
Wyatt Archer
Wynne Weddell

Yakaira Cruz
Yamil Bautista
Yanzheng Jiang
Yaunna Taylor
Yefri Acevedo Arteaga
Yeinier Forjan
Yennyfer Murcia
Yessenia Sanchez
Yinnette Olivo
Yodley Losier
Yolanda Frausto
Yolinda Ventura
Yoshan Sullivan
Young Cho
Yucheng Wang
Yulia Forest
Zach Zeno
Zachary Bernard
Zaid Anwar
Zailyn Tamayo
Zoe Hoekstra
Zuanteasa Washington